UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:09-CR-152 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| JAMES R. MCCLINTON ) | |

## O R D E R

Before the Court is the motion to suppress filed by Defendant James R. McClinton (Court File No. 19). Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the Court referred the motion to United States Magistrate Judge Susan K. Lee (Court File No. 21), who conducted an evidentiary hearing and filed a report and recommendation (Court File No. 45). Neither party filed an objection.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Court File No. 45) and **DENIES** Defendant's motion to suppress (Court File No. 19).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**